No. 10–731.  WALSH ET AL. *v.* BADGER CATHOLIC, INC., ET AL. C. A. 7th Cir.  Motion of American Council on Education et al. for leave to file a brief as *amici curiae* out of time granted. Certiorari denied.

No. 10–732.  EDWARDS *v.* A. H. CORNELL & SON, INC., DBA AH CORNELLS, ET AL. C. A. 3d Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–762.  LOUISIANA WHOLESALE DRUG CO., INC., ET AL. *v.* BAYER AG ET AL. C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–856.  MORRIS *v.* ALES GROUP USA ET AL. C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–8884.  PARIS *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–10951.  HARRIS *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 857;

No. 10–604.  MOSELEY ET UX. *v.* V SECRET CATALOGUE, INC., ET AL., *ante*, p. 1179;

No. 10–632.  IN RE WINDSOR, *ante*, p. 1177;

No. 10–633.  IN RE WINDSOR, *ante*, p. 1177;

No. 10–678.  HOLLISTER *v.* SOETORO ET AL., *ante*, p. 1180;

No. 10–690.  IN RE WINDSOR, *ante*, p. 1177;

No. 10–6712.  TAYLOR *v.* HINKLE, WARDEN, *ante*, p. 1070;

No. 10–7086.  BLADE *v.* UNITED STATES, *ante*, p. 1053;

No. 10–7201.  WAGSTAFF *v.* DEPARTMENT OF EDUCATION, *ante*, p. 1148;

No. 10–7235.  ERBO, AKA GARCIA-VELEZ *v.* UNITED STATES, *ante*, p. 1076;

No. 10–7288.  IGLESIAS *v.* WAL-MART STORES EAST, L. P., *ante*, p. 1150;

No. 10–7307.  ARVIE *v.* TANNER, WARDEN, *ante*, p. 1150;

No. 10–7371. PERRY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1152;

No. 10–7390. CHERRY v. CITY OF NEW YORK, NEW YORK, ET AL., *ante*, p. 1152;

No. 10–7409. ROWE v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1153;

No. 10–7455. SWOPES v. ILLINOIS, *ante*, p. 1184;

No. 10–7483. STEIN v. FRAKES, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX, *ante*, p. 1154;

No. 10–7668. FELDHACKER v. BAKEWELL, WARDEN, ET AL., *ante*, p. 1158;

No. 10–7695. WILLIAMS v. JONES, SUPERINTENDENT, HYDE CORRECTIONAL INSTITUTION, *ante*, p. 1189; and

No. 10–7739. MUNGO ET AL. v. UNITED STATES, *ante*, p. 1160. Petitions for rehearing denied.

No. 10–6618. BANEY v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 1194. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7231. NOWELL v. UNITED STATES, *ante*, p. 1086. Motion for leave to file petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–7315. COOPER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 1115. Motion for leave to file petition for rehearing denied.

MARCH 10, 2011

No. 10–8752. SHADLEY v. GRIMES ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

MARCH 17, 2011

No. 10–8137. AVILA-VILLA v. OHIO. Ct. App. Ohio, Butler County. Certiorari dismissed under this Court's Rule 46.1.